# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **4:03CR3170** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DETENTION ORDER** |
| | ) | |
| ALICE PEDROZA, | ) | **PETITION FOR ACTION ON CONDITIONS OF SUPERVISED RELEASE** |
| Defendant. | ) | |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6). The defendant has also waived her right to a preliminary hearing.

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

February 2, 2012                    BY THE COURT:


*s/Cheryl R. Zwart*
United States Magistrate Judge