IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. 4:03CR3170 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| ALICE PEDROZA, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant Alice Pedroza's Unopposed Motion to Continue Dispositional Hearing (filing no. 87), presently set for August 14, 2012, for a period of at least sixty (60) days. The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Defendant Pedroza's dispositional hearing shall be continued to November 1, 2012, at 12:00 noon.

DATED this 11th day of July, 2012.

BY THE COURT:

*Richard G. Kopf*

The Honorable Richard G. Kopf
Senior United States District Judge